UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-270 DWF/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARCO HURTADO, | ) | |
| | ) | |
| Respondent. | ) | |

The Court has determined that the respondent in the above matter is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

Dated: 2/7/00

United States Magistrate Judge

FILED FEB 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK