# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

Plaintiff

v.

Marco Hurtado

Defendants

Case No. Civil 00-270 DWf/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the United States' petition to determine present mental condition of an imprisoned person is granted. Court finds that the Respondent is suffering from schizophrenia, a mental disease or defect for the treatment of which he is in need of custody for care or treatment at a suitable facility. The court finds that the Federal medical Center-Rochester is a suitable facility at which to treat the Respondent's mental disease or defect. Respondent is committed to the custody of the United States Attorney General who shall hospitalize the Respondent for treatment at the Federal Medical Center-Rochester.

DATE: May 2, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk