UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-270 DWF/AJB

UNITED STATES OF AMERICA,

Plaintiff,

v.

Marco Hurtado,

Defendant.

ORDER

This matter is before the Court on the United States' Motion to Transfer Defendant, pursuant to 18 U.S.C. §4245(e). In support of its Motion, the United States submitted a Certificate of Recovery and Request to Discharge from Psychiatric Hospitalization, signed by the Warden of the Federal Medical Center in Rochester. Based on that submission, and all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that:

1. Defendant is discharged from psychiatric hospitalization;

2. Defendant may be transferred to a non-psychiatric facility.

DATED: June 6, 2001

DONOVAN W. FRANK
United States District Court Judge

FILED JUN 06 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK